UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| BRANDON WILLIE ISELI,<br><br>Plaintiff,<br><br>v.<br><br>PEOPLE OF THE STATE OF CA,<br><br>Defendant. | No. 2:22-cv-2173 DJC AC P<br><br><br><br>ORDER |

On June 2, 2025, the Court adopted the Magistrate Judge's findings and recommendations in full and dismissed the complaint without leave to amend for failure to state a claim. ECF No. 37 at 2. The Court also denied Plaintiff's motion for a pardon and directed the Clerk of the Court to close this case. *Id*.

On June 5, 2025, the Court received a request for status concerning this case, and objections and a motion for relief. ECF Nos. 40, 41. It appears Plaintiff may have mailed these documents prior to receiving the Court's latest order dismissing the complaint and closing this case.

To the extent Plaintiff's motion for relief reasserts his prior motion for a pardon, in light of the Court's ruling on June 2, 2025, the motion is denied as moot. Alternatively, to the extent Plaintiff seeks reconsideration of this Court's June 2, 2025, order denying his motion for a pardon, the motion for relief is denied.

1

IT IS HEREBY ORDERED that Plaintiff's motion for relief (ECF No. 41) is denied.

IT IS SO ORDERED.

Dated: **June 24, 2025**

Hon. Daniel J. Calabretta
UNITED STATES DISTRICT JUDGE

isel2173.850.jo

2